**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**CASE NO.: \*\*\*\***

ONCE, LLC,

                    Plaintiff,

v.

SASR WORKFORCE SOLUTIONS, LLC,

                    Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff ONCE, LLC by and through its undersigned counsel, brings this Complaint against Defendant SASR WORKFORCE SOLUTIONS, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.      Plaintiff ONCE, LLC ("Once") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Plaintiff's original copyrighted Work of authorship.

2.      Once is a nationally-recognized video production company based in St. Louis, Missouri.

3.      Defendant SASR WORKFORCE SOLUTIONS, LLC ("SASR") is a staffing agency that connects businesses in retail, warehouse, grocery, manufacturing, and convenience store industries with workers to meet their workforce needs. At all times relevant herein, SASR owned and operated the internet website located at the URL https://www.sasrlink.com (the "Website"). SASR copied Plaintiff's copyrighted Work from the internet in order to advertise,

market and promote its business activities. SASR committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

4.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

5.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

6.      SASR is subject to personal jurisdiction in North Carolina.

7.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, SASR engaged in infringement in this district, SASR resides in this district, and SASR is subject to personal jurisdiction in this district.

## DEFENDANT

8.      SASR Workforce Solutions, LLC is a North Carolina Limited Liability Company, with its principal place of business at 2000 Centregreen Way, Suite 200, Cary, NC, 27513, and can be served by serving its Registered Agent, Patrick K. Henderson, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

9.      In 2013, Kiger Photography LLC dba Once Films ("Once Films") created the audiovisual work entitled "Tarlton Construction – Brand Film," referred to herein as the"Work."[1]

---

[1] The Work is available at the following URL: https://vimeo.com/81413755.

A still image from the relevant video segment is shown below.



10.     Once Films registered the Work with the Register of Copyrights on March 13, 2014, and was assigned registration number PA 1-896-406. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

11.     In 2021, Once Films assigned its rights in the Work to Plaintiff through written assignment.

12.     At all relevant times Plaintiff was the owner of the copyrighted Work.

### INFRINGEMENT BY SASR

13.     SASR has never been licensed to use the Work for any purpose.

14.     On a date after the Work was created, but prior to the filing of this action, SASR copied the Work.

15.     On or about June 29, 2023, Plaintiff discovered the unauthorized use of a portion of its Work appearing as a still image serving as the video thumbnail for a video displayed on SASR's Website at the following URL: https://www.sasrlink.com/hiring-warehouse-champions/, which promotes SASR's employment opportunities. A true and accurate screenshot of the page

displaying the Work, and of the Work being hosted on the Website, are attached hereto as **Exhibit 2**.

16. SASR copied Plaintiff's copyrighted Work without Plaintiff's authorization, actual or implied.

17. After SASR copied the Work, it made additional copies and distributed the Work on the internet to promote the sale of goods and services it offers as part of its workforce staffing agency business.

18. SASR infringed the Work as evidenced by the documents in **Exhibit 2**.

19. Plaintiff never gave SASR permission or authority, express or implied to copy, distribute, or display the Work.

20. Plaintiff notified SASR of the allegations set forth herein on November 17, 2023, and on December 5, 2023. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

21. Plaintiff incorporates the allegations of paragraphs 1 through 20 of this Complaint as if fully set forth herein.

22. Plaintiff owns a valid copyright in the Work.

23. The assignor to Plaintiff registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

24. SASR copied, displayed, and distributed the Work and made derivatives of the Work without Plaintiff's authorization in violation of 17 U.S.C. § 501.

25. SASR performed the acts alleged in the course and scope of its business activities.

26. Defendant's acts were committed either non-willfully, recklessly, or willfully.

27. Plaintiff has been damaged.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

28. The harm caused to Plaintiff has been irreparable.

WHEREFORE, Plaintiff ONCE, LLC prays for judgment against the Defendant SASR WORKFORCE SOLUTIONS LLC that:

a. SASR and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. SASR be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its Lodestar costs, including attorneys' fees and recoverable costs of suit;

d. Plaintiff be awarded pre-and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: May 15, 2026        Respectfully submitted,


*/s/Dana A. Lejune*
DANA A. LEJUNE
Texas Number: 12188250
NC Bar: 49025
dlejune@triallawyers.net
**LEJUNE LAW FIRM**
North Carolina office
7 Orchard Street, Suite 200
Asheville, NC 28801
828.774.5800 – Telephone
*Counsel for Plaintiff Once, LLC*